```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                -v-                  :       21-CR-74 (DLC)
                                     :
CONNIE TORRES,                       :          ORDER
                         Defendant.  :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the sentencing scheduled for May 14 is adjourned to **September 10** at **12:00 PM**.

IT IS FURTHER ORDERED that defense submissions shall be due **August 27, 2021** and the Government's response shall be due **September 3, 2021**. One courtesy copy shall be sent to Chambers.

SO ORDERED:

Dated:   New York, New York
         April 23, 2021

_____
            DENISE COTE
    United States District Judge