```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :      21cr74(DLC)
                                         :
          -v-                            :         ORDER
                                         :
CONNIE TORRES,                           :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A sentencing is scheduled to occur on **September 10, 2021** at **12:00 PM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

    ORDERED that defense counsel shall respond to the following question by **12:00 PM** on **August 19, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

    If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
           August 11, 2021

                                                          _____
                                                             DENISE COTE
                                       United States District Judge