# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian
———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
 of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

———

Leticia Silva
Legal Assistant

August 25, 2021

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
 -Via ECF-



**REQUEST TO FILE UNDER SEAL**

Re: <u>USA v. Connie Torres,</u>
 21 Cr. 0064 (DLC)

Dear Judge Cote,

Our office represents Ms. Connie Torres in the above referenced matter.

My paralegal made a mistake in filing the attachments to the Sentencing Submission, via ECF in Document No. 15. Where she filed the reference letters from friends and family of Ms. Torres without censoring their addresses.

We'd like to respectfully request that Document 15, Sentencing Submission with attachment of Reference Letters, be filed under Seal.

A censored version will be filed separately.

Thank you for your consideration.

Respectfully submitted,

*/S/Telesforo Del Valle Jr.*
Del Valle & Associates

Cc: A.U.S.A. Matthew Sharahabian, Esq.

---

Granted. The attachments, docketed at Attachment 1 to Dkt. No. 15, shall be sealed. The defendant shall refile the attachments with the addresses redacted.
Dated: August 25, 2021

_____
DENISE COTE
United States District Judge