UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :           21cr74 (DLC)
            -v-                          :
                                         :           ORDER
CONNIE TORRES,                           :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

Having received the defendant's letter of May 23, 2023 requesting the return of her passport, the defendant having finished her term of supervised release in January of 2023, and there being no objection from Probation, it is hereby

ORDERED that Pretrial Services for the Southern District of New York shall release the defendant's passport to the defendant. The defendant is hereby

NOTIFIED that she may pick up her passport from Pretrial Services at 500 Pearl Street, New York, NY, on the 4th Floor.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

SO ORDERED:

Dated:   New York, New York
         May 25, 2023

                                      _____
                                              DENISE COTE
                                      United States District Judge